IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                               4:11-CR-00128-01-BRW

JUAN CARLOS PRATS LLEONAR

## ORDER OF TRANSFER

This case is on my active docket. A Warrant of Arrest was issued on June 9, 2011. The Court unsealed the warrant on March 11, 2013, which made the case return to active status. Mr. Lleonar has not been arrested. This case, should be returned to fugitive status and will be placed back on my active docket after Mr. Lleonar has been arrested.

IT IS SO ORDERED this 10th day of February, 2015.


                                    /s/Billy Roy Wilson
                                    UNITED STATES DISTRICT JUDGE